**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WENDI STEVENSON, and TRISH HAMILTON,    3:13-cv-00611-HDM-WGC

    Plaintiffs,    ORDER

vs.

DELTA MOVING, INC.,

    Defendant.

   The plaintiffs have filed an emergency motion for preliminary injunction (#3).  Plaintiffs shall serve copies of the complaint, the emergency motion for preliminary injunction (#3), and this order on the defendant by 5 p.m. this date, Tuesday, November 12, 2013.  The defendant shall file a response to the emergency motion (#3) by noon on Thursday, November 14, 2013.

   IT IS SO ORDERED.

   DATED: This 12th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE