**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WENDI STEVENSON, and TRISH HAMILTON, | ) ) ) | 3:13-cv-00611-HDM-WGC |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| DELTA MOVING, INC., | ) ) | |
| Defendant. | ) ) | |

On November 12, 2013, the plaintiffs filed an emergency motion for preliminary injunction (#3). The court issued an order directing plaintiffs to serve copies of the complaint, the emergency motion, and its order on the defendant by 5 p.m. on November 12, 2013. The order further directed the defendant to file a response to the emergency motion by noon on Thursday, November 14, 2013. On November 19, 2013, plaintiffs filed proof of service on defendant in accordance with the court's order (#6). Defendant has not yet responded to plaintiffs' motion.

A hearing on the emergency motion for preliminary injunction will be conducted on Tuesday, November 26, 2013, at 8:30 a.m. in Courtroom 4 of the Bruce R. Thompson Federal Courthouse in Reno,

1

1 | Nevada. The plaintiffs shall personally serve the defendant with a
2 | copy of this order and file proof of service with the court.
3 |     IT IS SO ORDERED.
4 |     DATED: This 20th day of November, 2013.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2