1

2

3

4

5

6

7

8                                 **UNITED STATES DISTRICT COURT**

9                                   **DISTRICT OF NEVADA**

10

11   WENDI STEVENSON, and TRISH          )        3:13-cv-00611-HDM-WGC
     HAMILTON,                           )
12                                       )
                       Plaintiffs,       )        ORDER
13                                       )
     vs.                                 )
14                                       )
     DELTA MOVING, INC.,                 )
15                                       )
                       Defendant.        )
16   _____)

17        Pursuant to the stipulation of the parties (#32), this action

18   is hereby dismissed with prejudice in its entirety with each party

19   to bear its own costs and attorney's fees.

20        IT IS SO ORDERED.

21        DATED: This 24th day of July, 2014.

22

23                                 _____
                                   UNITED STATES DISTRICT JUDGE
24

25

26

27

28